**NOT FOR PRINTED PUBLICATION**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# DIVISION

| | |
|---|---|
| JODY WAYNE PICKETT,<br>Plaintiff,<br><br>v.<br><br>TOM BROWN, SYDNEY MURPHY, ROBERT C. "BOB" WILLIS, RONNIE VINCENT, C.T. "TOMMY" OVERSTREET, WILLIAM LEE HON, COUNTY OF POLK, JOHN DOE 1–5, JANE DOE 1–5,<br>Defendants. | CIVIL ACTION NO. 9:18-MC-00001 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 5) which recommends denying Plaintiff Jody Wayne Pickett's (Pickett) "Motion for Leave to File a Complaint (Doc. No. 2), amending the previous "Order Concerning Filing Subsequent Complaints" (Doc. No. 1) to allow Pickett to file pleadings in *Pickett v. Murphy*, *et al.*, Case No. 9:17-cv-29, and denying all other motions as moot. Doc. Nos. 3, 4.

No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 5) is **ADOPTED**.

**So Ordered and Signed**
**Jan 4, 2019**

_____
Ron Clark, Senior District Judge